PEOPLE *v.* RAGAN

Appeal from Monroe, Weipert (William J., Jr.), J. Submitted Division 2 January 7, 1969, at Lansing. (Docket No. 5,506.) Decided January 29, 1969.

Charlie Lee Ragan was convicted of larceny over $100. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Paul E. Braunlich,* Prosecuting Attorney, and *John J. Sullivan,* Assistant Prosecuting Attorney, for the people.

*Harry L. Pliskow,* for defendant.

PER CURIAM. After being arrested as an accomplice in a jewelry store robbery, defendant was convicted in a non-jury trial of larceny over $100.* He contends that the evidence was insufficient to support a finding of guilt beyond a reasonable doubt.

The record, as here, contains evidence supporting the verdict; an appellate court will not disturb a judgment grounded on the tacit determination by the trial judge that the evidence supported the verdict. *People* v. *Szymanski* (1948), 321 Mich 248; *People* v. *Dolphus* (1966), 2 Mich App 229.

Conviction affirmed.

QUINN, P. J., and McGREGOR and V. J. BRENNAN, JJ., concurred.

---

* CLS 1961, § 750.356 (Stat Ann 1969 Cum Supp § 28.588).